■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS MINA, Appellant. [19 NYS3d 163]—An appeal having

been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered on or about November 28, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Sweeny, Manzanet-Daniels and Kapnick, JJ.